UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHAUNTE SCOTT,<br><br>                      Plaintiff,<br><br>     -against-<br><br>RIKERS ISLAND DOC; BOB BARKER COMPANY, INC.,<br><br>                      Defendants. | 25cv7068 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 13, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 19, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge